Joseph W. Creed (SBN 232129)
Law Offices of Joseph W. Creed
PO Box 2543
Renton, WA 98056
Tel: 800-679-4202
Fax: 206-299-9886

Attorneys for Plaintiff
NANCY WILMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY WILMES,<br><br>          Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; RECONTRUST COMPANY; and DOES 1 through 20, Inclusive. | Case No. 1:12-cv-00247-LJO-GSA<br>Hon. Gary S. Austin<br><br>**ORDER ON STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES; ORDER MODIFYING PRETRIAL CONFERENCE AND JURY TRIAL DATES**<br><br>[Filed Concurrently With Stipulation to Extend Certain Discovery Deadlines] |

0326802/939399

[PROPOSED] ORDER

Based on the Stipulation of the Parties and with good cause appearing, it is hereby ordered as follows:

1. The discovery cutoff date for the completion of non-expert discovery shall be extended from January 2, 2013 to March 5, 2013.

2. The discovery cutoff date for the parties to submit initial expert disclosures shall be extended from January 18, 2013 to February 8, 2013.

3. The discovery cutoff date for all expert discovery shall be extended from February 27, 2013 to March 22, 2013.

4. The date for filing dispositive motions shall be extended from March 8, 2013 to March 29, 2013, and the deadline for hearing any such motions shall be extended from April 19, 2013 to May 10, 2013.

5. **The pretrial conference shall be continued from May 2, 2013 to June 27, 2013, at 8:15 a.m.**

6. The trial of this matter, estimated to last three to five days, shall be continued from June 18, 2013 to August 20, 2013.

IT IS SO ORDERED.

Dated:   **December 13, 2012**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

0326802/939399

2

[PROPOSED] ORDER